# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00187-CR

**Robert Lee Hall, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 38421, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Lee Hall has filed a pro se notice of appeal from his conviction for the offense of burglary of a habitation. The district court has certified that this is a plea-bargain case, the defendant has no right of appeal, and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed

Filed:  May 21, 2010

Do Not Publish